

# Fourth Court of Appeals
## San Antonio, Texas

October 04, 2013

No. 04-12-00630-CV

**THE HUFF ENERGY FUND, L.P.**, WRH Energy Partners, L.L.C., William R."Bill" Huff,
Rick D'Angelo, Ed Dartley, Bryan Bloom, and Riley-Huff Energy Group, LLC,
Appellants

v.

**LONGVIEW ENERGY COMPANY**,
Appellee

From the 365th Judicial District Court, Zavala County, Texas
Trial Court No. 11-09-12583-ZCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

## O R D E R

The Appellants', The Huff Energy Fund, L.P., WRH Energy Partners, William R. Huff, Rick D'Angelo, Ed Dartley, Bryan Bloom, and Riley-Huff Energy Group, LLC, Motions for Extension of Time to File Briefs are hereby GRANTED. The Appellants' Briefs are due November 8, 2013.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of October, 2013.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court